IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

KRYSTINE RAE ALCOCK,                      3:10-CV-6206-MA

        Plaintiff,                       ORDER FOR EAJA FEES

v.

MICHAEL ASTRUE,
Commissioner of Social
Security,

        Defendant.

Based upon the stipulation of the parties, it is hereby ORDERED that Plaintiff is awarded attorney fees in the amount of $7,427.09. Payment of this award shall be made via check sent to Alan Graf's address: Alan Stuart Graf, PC, 316 Second Rd., Summertown, TN 38483.

No costs or expenses are awarded to either party.

IT IS SO ORDERED.

DATED this __29__ day of December, 2011.

                                       Malcolm F. Marsh
                                       United States District Judge

1 - ORDER FOR EAJA FEES