Alan Stuart Graf, OSB # 92317  
alangraf@aracnet.com  
316 Second Rd.  
Summertown, TN 38483  
Telephone: 931-964-3123  
Fax: 931-964-3127  
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KRYSTINE R. ALCOCK<br><br>　　Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE<br>Commissioner of Social Security,<br><br>　　Defendant. | 1:10-CV-06206-MA<br><br>ORDER GRANTING<br>ATTORNEYS' FEES UNDER<br>42 U.S.C. § 406(b) |

Attorneys' fees in the amount of **$15,080.25** minus the EAJA fees of $7,427.09 previously paid for a total of **$7,656.16** pursuant to 42 U.S.C. § 406(b). The court finds that this is a reasonable fee in light of the circumstances in this case. When issuing the 406(b) check for payment to Plaintiff's attorneys, the Commissioner is directed to subtract any applicable processing fees as allowed by statute.

DATED this 15 day of May, 2012

　　　　　　　　　　　　　　　　　　　　　　　Malcolm F. March  
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Presented by:

/s/ Alan Graf  
Alan Graf  
Of Attorneys for Plaintiff

ORDER GRANTING ATTORNEYS' FEES